UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEANDRA DAMARIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:20-cv-00724-SEB-TAB ) |
| CRETE CARRIER CORPORATION and CHRISTOPHER A. WALKER, | ) ) ) |
| Defendants. | ) ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants, CRETE CARRIER CORPORATION and CHRISTOPHER A. WALKER. I certify that I am admitted to practice in this Court.

**LEWIS WAGNER, LLP**

By: ___s/*Lesley A. Pfleging*___
LESLEY A. PFLEGING, #26857-49A
LYNSEY F. DAVID, #32594-49
***Counsel for Defendants***

CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2020, a copy of the foregoing **Appearance of Lesley A. Pfleging** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

J. Kevin King
Cline, King & King, P.C.
PO Box 250
Columbus, IN 47201
*Counsel for Plaintiff*

      /s/*Lesley A. Pfleging*
      LESLEY A. PFLEGING

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com