UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEANDRA DAMARIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:20-cv-00724-SEB-TAB |
| v. | ) |
| | ) |
| CRETE CARRIER CORPORATION and | ) |
| CHRISTOPHER A. WALKER, | ) |
| | ) |
| Defendants. | ) |

## JURY DEMAND

Defendants, CRETE CARRIER CORPORATION and CHRISTOPHER A. WALKER, by counsel, respectfully request that this cause of action be tried by a jury.

**LEWIS WAGNER, LLP**


By:   s/*Lesley A. Pfleging*
      LESLEY A. PFLEGING, #26857-49A
      LYNSEY F. DAVID, #32594-49
      ***Counsel for Defendants***

CERTIFICATE OF SERVICE

       I hereby certify that on March 6, 2020, a copy of the foregoing **Jury Demand** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

J. Kevin King
Cline, King & King, P.C.
PO Box 250
Columbus, IN 47201
*Counsel for Plaintiff*

          /s/*Lesley A. Pfleging*
          LESLEY A. PFLEGING

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:      317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com